IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

MAR 05 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 13-30042 DRH |
| ) | |
| vs. ) | |
| ) | Title 18, United States Code, |
| CHRISTOPHER MICHAEL HORTON ) | Sections 2251(a) and (e) and 2253 |
| ) | |
| Defendant. ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
#### SEXUAL EXPLOITATION OF A MINOR

Between on or about May 1, 2012 and on about February 11, 2013, in Madison County and St. Clair County, Illinois, within the Southern District of Illinois,

### CHRISTOPHER MICHAEL HORTON,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 1, to engage in sexually explicit conduct, and did attempt to do so, for the purpose of producing a visual depiction of such conduct, that being a digital recording with file name "IMG_0003.mov," which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

1

## COUNT 2
### SEXUAL EXPLOITATION OF A MINOR

Between on or about May 1, 2012 and on about February 11, 2013, in Madison County and St. Clair County, Illinois, within the Southern District of Illinois,

### CHRISTOPHER MICHAEL HORTON,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 1, to engage in sexually explicit conduct, and did attempt to do so, for the purpose of producing a visual depiction of such conduct, that being a digital recording with file name "IMG_0061.mov," which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3
### SEXUAL EXPLOITATION OF A MINOR

Between on or about May 1, 2012 and on about February 11, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

### CHRISTOPHER MICHAEL HORTON,

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 2, to engage in sexually explicit conduct, and did attempt to do so, for the purpose of producing a visual depiction of such conduct, that being a digital recording with file name "IMG_0019.mov," which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4
### SEXUAL EXPLOITATION OF A MINOR

Between on or about May 1, 2012 and on about February 11, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER MICHAEL HORTON,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 2, to engage in sexually explicit conduct, and did attempt to do so, for the purpose of producing a visual depiction of such conduct, that being a digital recording with file name "IMG_0030.mov," which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 5
### SEXUAL EXPLOITATION OF A MINOR

Between on or about May 1, 2012 and February 11, 2013,

**CHRISTOPHER MICHAEL HORTON,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 3, to engage in sexually explicit conduct, and did attempt to do so, for the purpose of producing visual depictions of such conduct, that being digital recordings with file names "IMG_0088.jpg," "IMG_0089.jpg," and "IMG_0090.jpg," which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, and at the time that he produced the visual depictions of Minor 3 he knew and had reason to know that they would be transported in interstate commerce and he actually transported

such visual depictions in interstate commerce in that he brought them into St. Clair County, Illinois, within the Southern District of Illinois, where they were found on February 11, 2013, all in violation of Title 18, United States Code, Section 2251(a) and (e).

### COUNT 6
### ATTEMPT SEXUAL EXPLOITATION OF A MINOR

Between on or about May 1, 2012 and on about February 11, 2013, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER MICHAEL HORTON,**

defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 4, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, that being a digital recording with file name "original.mov," which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

### FORFEITURE ALLEGATION

Upon conviction for the offense charged defendant, **CHRISTOPHER MICHAEL HORTON,** shall forfeit to the United States, pursuant to Title 18, United States Code 2253, any and all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to above includes, but is not limited to, the following:

Black Apple I-Phone model A1332 IC:579C-E23808 contained in a red and black Griffin protective case; a SATA 120GB Western Digital Hard Drive Model# WD1200BEVS Serial# WD-WXEX07E73286 with the markings of "Product of Thailand"; an IDE 20GB Hitachi Hard Drive Model#IC25N020ATCS04-0 Serial#CSH204DMDDVNSF; and an Alienware Laptop Reg Model#P18G Service tag #DVDG4R1 M14X laptop containing unknown size make/model hard drive and/or internal memory with the markings of "Made in China" and an embroidered name plate displaying the words "Built for Chris Horton (NINJA)."

A TRUE BILL

███████████████
FOREPERSON

/s/ ALI SUMMERS
ALI SUMMERS
Assistant United States Attorney

/s/ STEPHEN R. WIGGINTON
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention