IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-CR-30042-DRH |
| | ) | |
| CHRISTOPHER MICHAEL HORTON, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Ali Summers, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant,

1. On February 11, 2013, Lt. David Vucich of the Madison County Illinois Sheriff's Department assigned to the FBI Child Exploitation Unit in Fairview Heights, Illinois received a report that a person, herein referred to as CW-1, had observed child pornography on the Defendant's cellular telephone.

2 During a recorded interview with law enforcement, CW-1 stated that on February 2, 2013, CW-1 was using the Defendant's cellular telephone when she observed a video of the Defendant engaging in a sexual act with a minor. CW-1 knows the minor because the Defendant provided martial arts lessons to the minor at a martial arts studio in St. Clair County and at her residence, which she shared with the Defendant. CW-1 was uncertain where the video was filmed. CW-1 described the Defendant's cellular telephone as a black Apple i-Phone.

3. While at the residence, officers seized a SATA 120GB Western Digital Hard Drive Model# WD1200BEVS and an IDE 20GB Hitachi Hard Drive Model#IC25N020ATCS04-0 which belonged to the Defendant.

4. CW-1 had confronted the Defendant about the video and asked him to delete it. At that time, the Defendant also told CW-1 that there were two other minors upon whom he performed similar acts.

5. The Defendant was arrested on February 11, 2013 at his place of employment by Belleville Police Detective Karl Kraft. Upon arrest, Detective Kraft seized the Defendant's Apple i-Phone and Alienware laptop computer, Model #P18G that he had in his possession.

6. The Defendant was advised of his Miranda rights and agreed to an interview with Lt. Vucich and Highland Police Detective Scott Athmer. The interview was audio and video recorded. During the interview, the Defendant admitted that over the past year he had committed sexual acts upon students he knew from the martial arts studio where he was employed. Specifically, he stated that he had engaged in sexual acts with three different minors of the approximate ages of six, eight, and ten. The Defendant also admitted that he recorded these acts via video using his Apple i-Phone.

7. The Defendant provided the names of three of the minor victims who are identified herein as Minor 1, Minor 2, and Minor 3, pursuant to Title 18, United States Code, Section 3509.

8. The Defendant stated that he engaged in sexual acts with Minor 1 and Minor 2 at the martial arts studio in St. Clair County and that he video recorded these acts using his Apple i-Phone. The Defendant stated that he also committed sexual acts with Minor 1 at his residence

and at a park, both located in Highland, Illinois and that these acts were, likewise, video recorded using his Apple i-Phone.

9. The Defendant admitted that he committed sexual acts with Minor 3 while he was in San Antonio, Texas during a martial arts related event. The Defendant stated that he video recorded the sexual acts with Minor 3 using his Apple i-Phone and then travelled to the Southern District of Illinois with the elicit videos stored on the same Apple i-Phone that was seized from his person upon arrest.

10. A federal search warrant was obtained to conduct a complete forensic examination of the items seized from the Defendant which included: a black Apple i-Phone Model A1332 IC:579C-E23808; a SATA 120GB Western Digital Hard Drive, Model#WD1200BEVS, Serial# WD-WXEX07E73286; an IDE 20GB Hitachi Hard Drive Model#IC25N020ATCS04-0, Serial#CSH204DMDDVNSF; and an Alienware laptop computer, Model #P18G.

11. The forensic examination of the Defendant's Apple i-Phone revealed approximately 57 video files containing child pornography which were created using the video feature of the phone between the dates of May 1, 2012 and February 9, 2013.

12. Eight of the videos recovered depict the Defendant engaged in sexually explicit conduct with Minor 1. Based upon examination of photographs obtained of the Defendant's residence and the EXIF data recovered, seven of these videos were produced in the bathroom, basement and bedroom of the Defendant's residence, which is located within the Southern District of Illinois.

13. Approximately twenty-six of the videos recovered from the Defendant's Apple i-Phone depict the Defendant engaged in sexually explicit conduct with Minor 2. Based upon an

examination of photographs obtained of the martial arts studio and the EXIF data recovered, these videos were produced in a small room off of the main area of the martial arts studio in St. Clair County, Illinois, which is within the Southern District of Illinois.

14. Approximately three of the videos recovered from the Defendant's Apple i-Phone depict the Defendant engaged in sexually explicit conduct with Minor 3. The EXIF data and Geo Position Information recovered indicate that these videos were created on August 17, 2012 in San Antonio, Texas and remained on the Defendant's Apple i-Phone until the date of the forensic analysis, therefore having been transported in interstate commerce by the Defendant to the Southern District of Illinois.

15. One video recovered from the Defendant's Apple i-Phone depicts the Defendant attempting to obtain a lascivious display of the genitals of another minor, herein identified as Minor 4 pursuant to Title 18, United States Code, Section 3509. Based upon examination of photographs of the martial arts studio and the EXIF data recovered, this video was produced in a small room off the main area of the marital arts studio in St. Clair County, Illinois.

16. Numerous other images and videos containing child pornography were also recovered from the Defendant's SATA 120GB Western Digital Hard Drive, Hitachi Hard Drive; and the Alienware laptop computer, many of which included copies of the video and image files recovered from the Defendant's Apple i-Phone.

17. The Defendant's black Apple i-Phone Model A1332 IC:579C-E23808 and/or all or some of its component parts were manufactured outside the State of Illinois and therefore contained materials that had been mailed, shipped or transported across state lines.

18. This stipulation of facts in intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not an exhaustive account of the

Defendant's criminal activity involving Counts 1 through 6 charged in the Indictment or other relevant conduct.

19. The Defendant agrees to forfeit the black Apple i-Phone model A1332 IC:579C-E23808; a SATA 120GB Western Digital Hard Drive Model# WD1200BEVS Serial# WD-WXEX07E73286; an IDE 20GB Hitachi Hard Drive Model#IC25N020ATCS04-0 Serial#CSH204DMDDVNSF; and an Alienware laptop computer, Model #P18G seized during the investigation.

                                                                          STEPHEN R. WIGGINTON
                                                                          United States Attorney

_/s/ Christopher Horton_____             _/s/ Ali Summers_____
CHRISTOPHER MICHAEL HORTON        ALI SUMMERS
Defendant                                                             Assistant United States Attorney

_/s/ Thomas Gabel_____
THOMAS GABEL
Attorney for Defendant

Date: 10/24/13                                           Date: 10.24.13