IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

            CRIMINAL NO. 13-CR-30042-DRH

 vs.

CHRISTOPHER MICHAEL HORTON,

    Defendant.

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

**HERNDON, Chief Judge:**

On October 30, 2013, this court entered an order for forfeiture against defendant Christopher Michael Horton for the following property which had been seized from the defendant:

> One Black Apple I-Phone model A1332 IC:579C-E23808 contained in a red and black Griffin protective case;
>
> One SATA 120GB Western digital hard drive Model #WD1200BEVS serial #WD-WXEX07E73286 with the markings of "Product of Thailand";
>
> One IDE 20GB Hitachi hard drive Model #IC25N020ATCS04-O serial #CSH204DMDDVNSF; and
>
> One Alienware Laptop Reg Model #P18G service tag #DVDG4R1

> **M14X laptop containing unknown size make/model hard drive and/or internal memory with the markings of "Made in China" and an embroidered name plate displaying the words "Built for Chris Horton (NINJA)".**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that pursuant to Supplemental Rule G(4), the United States is exempt from publishing notice if the property is worth less than $1,000.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on October 30, 2013, namely:

> **One Black Apple I-Phone model A1332 IC:579C-E23808 contained in a red and black Griffin protective case;**
>
> **One SATA 120GB Western digital hard drive Model #WD1200BEVS serial #WD-WXEX07E73286 with the markings of "Product of Thailand";**
>
> **One IDE 20GB Hitachi hard drive Model #IC25N020ATCS04-O serial #CSH204DMDDVNSF; and**
>
> **One Alienware Laptop Reg Model #P18G service tag #DVDG4R1 M14X laptop containing unknown size make/model hard drive and/or internal memory with the markings of "Made in China" and an embroidered name plate displaying the words "Built for Chris Horton (NINJA)".**

The Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of

the United States, include the destruction of the property.   The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**IT IS SO ORDERED.**
Signed this 4th day of June, 2014.

Digitally signed by David R. Herndon
Date: 2014.06.04 15:31:54 -05'00'

**Chief Judge**
**United States District Court**